IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICOLE ZIMMERMAN | : |
| Plaintiff, | : |
| v. | : Civil Action. No.: 5:24-cv-01142 |
| HEALTH NETWORK LABRATORIES, L.P., | : Jury Trial Demanded |
| Defendant. | : |

## ORDER

AND NOW, this 10th day of February 2025, upon consideration of Defendant's Motion for Summary Judgment (DKT #19), supporting brief, and Plaintiff's response thereto (DKT #21), it is hereby ORDERED and DECREED that Defendant's Motion is GRANTED as to Count I of Plaintiff's First Amendment Complaint (DKT #9).

Judgment is hereby entered in favor of Defendant, Health Network Laboratories, L.P., and against Plaintiff, Nicole Zimmerman, on Count I under the Americans with Disabilities Act, (ADA), 42 U.S.C. § 12101, et seq. This Court declines to exercise supplemental jurisdiction over Plaintiff's remaining state law claims. Plaintiff's state law claims are hereby dismissed WITHOUT PREJUDICE for lack of subject matter jurisdiction to allow for potential refiling in state court.

_____
GAIL A. WEILHEIMER, J.